United States District Court

Eastern District of California

Andre Ramon Craver,

   Plaintiff,      No. Civ. S 03-1979 GEB PAN P

 vs.         Order

Sacramento County, et al.,

   Defendants.

         -oOo-

 April 13, 2005, plaintiff filed a "non-opposition" to defendant Oxyer's April 4, 2005, motion to dismiss. The court construes this filing as a stipulation to dismissal of claims against Oxyer. Accordingly, all claims against defendant Oxyer are dismissed. Fed. R. Civ. P. 41(a)(1).

 So ordered.

 Dated: April 26, 2005.

           /s/ Peter A. Nowinski
           PETER A. NOWINSKI
           Magistrate Judge