United States District Court

Eastern District of California

Andre Ramon Craver,

    Plaintiff,

vs.

Sacramento County, et al.,

    Defendants.

No. Civ. S 03-1979 GEB PAN P

Order

-oOo-

Plaintiff is a prisoner without counsel pursuing a civil rights action alleging defendant Allbee used excessive force against him in jail. The action proceeds against defendants Sacramento County and Allbee.

September 28, 2005, plaintiff moved for leave to propound 12 interrogatories. Defendants opposed October 17, 2005, explaining they already answered 28 interrogatories and plaintiff fails to establish good cause for additional interrogatories. Plaintiff fails to meet his burden and his motion is denied. If he is

1 unable to oppose a summary judgment motion he may invoke Fed. R.
2 Civ. P. 56(f).
3 　　　September 22, 2005, plaintiff moved to amend his pleading to
4 allege $1,000,000 in damages for mental anguish, pain and
5 suffering.  Emotional distress damages are general damages, not
6 special damages, and need not be pleaded with specificity under
7 Fed. R. Civ. P. 9(g).  <u>Memphis Community School District v.</u>
8 <u>Stachura</u>, 477 U.S. 299 (1986).  Plaintiff's present prayer for
9 relief is adequate.  <u>See</u> Fed. R. Civ. P. 8 (requiring notice
10 pleading only).  Moreover, plaintiff fails to submit a proposed
11 amended complaint.  Leave to amend is denied.
12 　　　September 19, 2005, plaintiff moved to compel inspection of
13 personnel records of defendant Allbee.  Records reflecting
14 complaints of assaultive conduct by Allbee against inmates are
15 relevant to the liability of defendant Sacramento County, and
16 defendants' assertion of privilege under state law is unavailing.
17 Plaintiff's motion is granted and defendants will be required to
18 submit Allbee's personnel records for in camera review.
19 　　　Accordingly, the court hereby orders that:
20 　　　1.  Plaintiff's September 28, 2005, motion to propound
21 additional interrogatories is denied.
22 　　　2.  Plaintiff's September 22, 2005, motion to amend the
23 complaint is denied.
24 　　　3.  Plaintiff's September 19, 2005, motion to compel is
25 granted.  Within 15 days defendants shall submit, for in camera
26 review, personnel records reflecting complaints of assaultive

1 | conduct by Allbee against inmates within five years before the
2 | incident underlying this complaint.  For any material ordered
3 | disclosed, the court will consider redaction or a protective
4 | order as may be appropriate.
5 |     Dated:   November 17, 2005.

                                        /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge