United States District Court

Eastern District of California

Andre Ramon Craver,

       Plaintiff,

vs.

Sacramento County, et al.,

       Defendants.

No. Civ. S 03-1979 GEB PAN P

Order

-oOo-

    Plaintiff is a prisoner without counsel pursuing a civil rights action alleging defendant Allbee used excessive force against him in jail.  The action proceeds against defendants Sacramento County and Allbee.

    November 18, 2005, I granted plaintiff's motion to compel and required defendants to submit, for in camera review, personnel records reflecting complaints of assaultive conduct by Allbee against inmates within five years before the incident underlying the complaint, as potentially relevant to the

1 liability of defendant Sacramento County.
2     Defendants submitted documents December 1, 2005, and, having
3 reviewed them, I have determined they have no bearing on the
4 county's liability.  Accordingly, they need not be released to
5 plaintiff.
6     Defendants shall contact my courtroom deputy to arrange for
7 return of the documents.
8     So ordered.
9     Dated:  January 5, 2006.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge