IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RAMON CARVER,

    Plaintiff,                       No. CIV S-03-1979 GEB PAN P

    vs.

SACRAMENTO COUNTY, et al.,

    Defendants.                <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 17, 2006, this court issued a pretrial order in this action. On July 20, 2006, plaintiff filed two motions. His first is styled as a motion to be brought before the court for the jury trial of this matter, which is set for August 29, 2006. Plaintiff's motion is unnecessary. A writ of habeas corpus ad testificandum for his attendance at trial will issue after the trial confirmation hearing in the district court on August 18, 2006.

        Plaintiff's second motion is styled as a motion to compel the attendance of unincarcerated witnesses at trial. By the motion, and a request filed July 27, 2006, plaintiff filed a request for three subpoena forms to obtain the attendance of his unincarcerated witnesses at trial. Good cause appearing, the Clerk of the Court will be directed to send plaintiff three subpoena forms.

1

Finally, on July 27, 2006, plaintiff filed objections to defendants' list of expert witnesses and to the use of expert testimony at trial. Good cause appearing, plaintiff's objection will be deferred to the time of the trial confirmation hearing in the district court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's July 20, 2006 motion to be brought to court for jury trial is denied as unnecessary;

2. Plaintiff's July 20, 2006 motion to compel the attendance of witnesses at trial is construed as a request for subpoena forms and, so construed, is granted;

3. The Clerk of the Court is directed to send plaintiff three blank subpoena forms for use in obtaining the attendance of plaintiff's unincarcerated witnesses at trial; and

4. Plaintiff's July 27, 2006 objections to defendants' list of expert witnesses and use of expert testimony at trial is deferred to the trial confirmation hearing on August 18, 2006 at 11:00 in Courtroom # 10 before the Honorable Garland E. Burrell, Jr.

DATED: August 4, 2006.

UNITED STATES MAGISTRATE JUDGE

12
crav1979.o