IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RAMON CRAVER,

    Plaintiff,                           No. CIV S-03-1979 GEB PAN P

    vs.

SACRAMENTO COUNTY, et al.,

    Defendants.                <u>ORDER</u>

                              /

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On June 28, 2006, plaintiff filed his third motion for the appointment of counsel. Plaintiff's previous motions were filed on October 29, 2003 and November 21, 2005. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's June 28, 2006 motion for appointment of counsel is denied.

DATED: August 17, 2006.

                              UNITED STATES MAGISTRATE JUDGE

/mp
crav1979.31thr