```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| ANDRE RAMON CRAVER, )<br>)<br>           Plaintiff,   )<br>)<br>     v.                )<br>)<br>SACRAMENTO COUNTY and DARREN )<br>ALLBEE,                 )<br>)<br>           Defendants.  )<br>_____) | 2:03-cv-1979-GEB-PAN(JFM)-P<br><br><u>ORDER</u> |

Plaintiff filed a motion on August 23, 2006, to continue the jury trial scheduled to commence on August 29, 2006, for thirty days. On August 24, 2006, Defendants filed an Ex Parte Application for an Expedited Ruling on Plaintiff's Motion, in which they acquiesce to Plaintiff's continuance request but ask for an expedited ruling on Plaintiff's motion.  On the same day, Defendants also filed a Conditional Statement of Non-Opposition to Plaintiff's Motion, in which they "do not oppose Plaintiff's motion to [continue] the . . . trial date so long as this Court only continues the trial date itself and does not re-open [other scheduling dates that] have already passed."  In both filings, Defendants request the Court to schedule a status conference instead of setting a new trial date at this time,

"so that [D]efendants would have the opportunity to consult with their clients, witnesses and experts concerning their availability for trial."

A status conference will not be scheduled.  Trial is rescheduled to commence on November 28, 2006, at 9:00 a.m.  This rescheduling does not continue any scheduled filing date that has already passed.

Each party is granted twenty-one days from the filing date of this Order to file an objection to the new trial commencement date.  If no objection is filed within this time period, this trial commencement date will become final without further order of this Court.

IT IS SO ORDERED.

Dated:  August 24, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2