IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RAMON CRAVER,<br><br>        Plaintiff,<br><br>   vs.<br><br>SACRAMENTO COUNTY, et al.,<br><br>        Defendants. | 2:03-cv-1979-GEB-EFB-P<br><br>ORDER |

       Pending are Defendants' motions in limine to which Plaintiff filed an opposition. The motions are addressed below.

       1. Defendants are authorized to prove that Plaintiff was convicted of a felony, but Defendants have not shown why it is necessary for them to tell the jury that the conviction was for murder.

       2. The portion of Defendants' motion seeking to require Plaintiff to file a written offer of proof is denied.

       3. The declarations attached to Plaintiff's complaint are not to be used unless it is permitted under a rule of

1

evidence. Since Defendants' motion to strike those declarations has not been shown ripe for decision, it need not be decided.

    4. Defendants also move to exclude evidence regarding alleged altercations between Deputy Allbee and other inmates. Plaintiff responds that such evidence is admissible under Federal Rule of Evidence 405. Plaintiff is wrong. Therefore, this portion of Defendants' motion is construed as a motion to prevent Plaintiff from offering Rule 405 evidence and is granted. Defendants also move to exclude the privilege log. Since it is unclear how Plaintiff intends to use that log, this portion of the motion has not been shown to be ripe for decision and need not be decided.

    5. Defendants' witness testimony section of their motion and the balance of the motion do not crystallize the issues sufficiently for an in limine ruling, and therefore none issues.

Dated: March 14, 2007

                              GARLAND E. BURRELL, JR.
                              United States District Judge