IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE RAMON CRAVER, | ) | 2:03-cv-1979-GEB-EFB-P |
| Plaintiff, | ) | |
| | ) | <u>ORDER</u> |
| vs. | ) | |
| SACRAMENTO COUNTY, et al., | ) | |
| Defendants. | ) | |

      Pending are Plaintiff's motions in limine to which Defendants filed an opposition.  Plaintiff's motion seeking to strike witness Deputy Allen is denied since Plaintiff has not shown that Deputy Allen is not qualified to testify at trial. Additionally, Plaintiff's motion to exclude Defendants' Exhibit No. L is denied since Plaintiff has not provided the court with the specific discovery requests allegedly applicable to Plaintiff's in limine motion.  Further, even assuming arguendo the issue needs to be reached, in light of Defendants' response that "they do not intend to use [Exhibit No. L] as a part of

1

1 their case in chief," Plaintiff has not shown this issue is ripe
2 for review.
3     Further, Plaintiff's ex parte motion for a court order
4 to have Plaintiff's personal property issued to him immediately
5 upon arrival at CSP-SAC NEW FOLSOM is denied since Plaintiff has
6 not shown that he is not going to timely receive his property
7 following his arrival at CSP-SAC NEW FOLSOM, and Plaintiff's
8 request therefore appears to be seeking an advisory ruling.
9     IT IS SO ORDERED.
10 Dated: August 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge